# Court of Appeals
# of the State of Georgia

ATLANTA,___June 14, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1713. ANTEAUS ADAMS v. THE STATE.**

This appeal was docketed in this Court on April 25, 2013.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors were due no later than May 15, 2013. The appellant has failed to meet this deadline and failed to timely move for an extension of time in which to file.  Consequently, this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/14/2013_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*